# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>PICADILLY INN UNIVERSITY, dba University Square Hotel,<br><br>    Defendant. | Case No.: 1:16-cv-1594-AWI- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 9) |

On November 20, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 9)  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **December 12, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **November 21, 2016**               **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE